**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
TEXAS CHILDREN'S HOSPITAL and      )
SEATTLE CHILDREN'S HOSPITAL,       )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )   Civ. Action No. 14-2060 (EGS)
                                   )
ALEX AZAR,                         )
Secretary, United States           )
Department of Health and           )
Human Services, _et al._,          )
                                   )
            Defendants.            )
_____    )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss or for summary judgment, ECF No. 25, is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs' cross-motion for summary judgment, ECF No. 26, is **GRANTED**; and it is

**FURTHER ORDERED** that defendants are permanently enjoined from enforcing, applying, or implementing FAQ 33; and it is

**FURTHER ORDERDED** that **JUDGMENT** be entered for plaintiffs and this case be closed.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           June 1, 2018**